UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRACE THOMAS<br>JOYCELYN WILLIS,<br>JACQUES WILLIS, and<br>MARY SHEFTON,<br><br>  Plaintiffs,<br><br>  v.<br><br>FREEWAY FOODS, INC., and<br>WAFFLE HOUSE, INC.,<br><br>  Defendants. | 1:04CV00525 |

ORDER

For the reasons set forth in the contemporaneously filed Memorandum Opinion, Defendants' motions for summary judgment on Plaintiffs claim for punitive damages is GRANTED. Defendants' motions for summary judgment are DENIED on all other grounds.

This the day of December 22, 2005

                /s/ N. Carlton Tilley, Jr.
               United States District Judge